**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1344**

_____

HENRY M. BURGESS, JR.,

        Plaintiff - Appellant,

    v.

COSTCO WHOLESALE CORPORATION,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, District Judge. (4:10-cv-01678-RBH)

_____

Submitted:  July 10, 2013          Decided:  July 18, 2013

_____

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Henry M. Burgess, Jr., Appellant Pro Se.  Diana Sarju Kim, John Thomas Murray, SEYFARTH SHAW, LLP, Atlanta, Georgia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry M. Burgess, Jr. appeals the district court's order accepting the recommendation of the magistrate judge and granting summary judgment to the Defendant in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Burgess v. Costco Wholesale, No. 4:10-cv-01678-RBH (D.S.C. Feb. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED